| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Browning, James O | 2. Court or Organization U.S.D. C. for District of NM | 3. Date of Report 05/07/2008 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 333 Lomas Blvd NW Suite 660 Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. Trustee | Trust #1 |
| 2. Custodian | Custodial Account #3 |
| 3. Director/Vice Chairman | Christian Scholarship Fund |
| 4. Director/President Elect | Inn of the Courts |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|--------------------|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 A 11: 58 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Sunset Mesa Schools Inc., wages |
| 2. 2007 | Self Employed - School Choir Director, income from students' parents |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washington & Lee University Law School | October 25 - 27, 2007 | Lexington, VA | Preside over Moot Court | Transportation, Lodging & Meals |
| 2 | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Term Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corporation | | | | | | | | | See NOTE I @ Part VIII |
| 2. --Working Interest-Cercion #6, Lea County, NM | | None | J | U | | | | | |
| 3. --Working Interest-Cercion #7, Lea County, NM | | None | J | U | | | | | |
| 4. --Working Interest-Garza #1, Lea County, NM | | None | J | U | | | | | |
| 5. --Working Interest- Nash #5 Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | D | Buyer - XTO Energy, Inc. |
| 6. --Working Interest - Nash #9, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | C | Buyer - XTO Energy, Inc. |
| 7. --Working Interest - Nash #10, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | C | Buyer - XTO Energy, Inc. |
| 8. --Working Interest - Nash #11, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | D | Buyer - XTO Energy, Inc. |
| 9. --Working Interest - Nash #12, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | D | Buyer - XTO Energy, Inc. |
| 10. --Working Interest - Nash #15, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | D | Buyer - XTO Energy, Inc. |
| 11. --Working Interest - Nash #25, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | C | Buyer - XTO Energy, Inc. |
| 12. --Working Interest - Nash #19, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | D | Buyer - XTO Energy, Inc. |
| 13. --Working Interest - Nash #23, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | C | Buyer - XTO Energy, Inc. |
| 14. --Working Interest - Nash #24, Eddy County, NM | A | Royalty | | | Sell | 01/07 | K | E | Buyer - XTO Energy, Inc. |
| 15. --Working Interest - Nash #29, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | B | Buyer - XTO Energy, Inc. |
| 16. --Working Interest - Nash #38, Eddy County, NM | A | Royalty | | | Sell | 01/07 | J | D | Buyer - XTO Energy, Inc. |
| 17. --Working Interest - Shell State #1, Lea County, NM | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Working Interest - Shell State #2, Lea County, NM | B | Royalty | J | U | | | | | |
| 19. --Working Interest - Shell State #3, Lea County, NM | A | Royalty | J | U | | | | | |
| 20. --Working Interest - Shell State #4, Lea County, NM | A | Royalty | J | U | | | | | |
| 21. --Working Interest - Shell State #6, Lea County, NM | A | Royalty | J | U | | | | | |
| 22. --Working Interest - Shell State #5, Lea County, NM | | None | J | U | | | | | |
| 23. --Working Interest - Snoddy Federal #1, Lea County, NM | C | Royalty | J | U | | | | | |
| 24. --Working Interest - West Loving #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 25. --Working Interest - Queen Lake 36 #1, Eddy County NM | A | Royalty | J | U | | | | | |
| 26. --Working Interest - Milano St #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 27. --Working Interest - Milano St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 28. --Working Interest - Tirano St, Eddy County, NM | A | Royalty | J | U | | | | | |
| 29. --Working Interest - Hopi Federal, Lea County, NM | A | Royalty | J | U | | | | | |
| 30. --Working Interest - Tomcat 16 St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 31. --Working Interest - Tomcat 16 St #3, Eddy County, NM | A | Royalty | J | U | | | | | |
| 32. --Working Interest - Tomcat 16 St #4, Eddy County, NM | B | Royalty | J | U | | | | | |
| 33. --Working Interest - Tomcat 16 St #6, Eddy County, NM | A | Royalty | J | U | | | | | |
| 34. --Working Interest - Tomcat 16 St #7, Eddy County, NM | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A- ) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Working Interest - Tomcat 16 St #8, Eddy County, NM | A | Royalty | J | U | | | | | |
| 36. --Working Interest - Tomcat 16 St #10, Eddy County, NM | A | Royalty | J | U | | | | | |
| 37. --Working Interest - Tomcat 16 Fed #13, Eddy County, NM | A | Royalty | J | U | | | | | |
| 38. --Working Interest - Oxy Federal #1, Eddy County, NM | C | Royalty | K | U | | | | | |
| 39. --Willow Lake 35 #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 40. --Working Interest - N Scanlon, Eddy County, NM | | None | J | U | | | | | |
| 41. --Working Interest - Forty Niner Ridge Unit 3 | A | Royalty | J | U | | | | | |
| 42. --Working Interest - Forty Niner Ridge Unit 2 | D | Royalty | J | U | | | | | |
| 43. --Working Interest - Forty Niner Ridge Unit 4 | D | Royalty | J | U | | | | | |
| 44. --Working Interest - Forty Niner Ridge Unit 6 | B | Royalty | J | U | | | | | |
| 45. --Working Interest - Forty Niner Ridge Unit 1 | | | J | U | | | | | |
| 46. --Working Interest - USP Fee #2, Eddy County, NM | A | Royalty | K | U | | | | | |
| 47. --Dinero Joint Venture - Roswell, NM | C | Royalty | N | U | Flow Through | | | | See Note #3, Part VIII |
| 48. | D | Interest | | | Flow Through | | | | See Note #3, Part VIII |
| 49. --Single Member LLC | | | | | | | | | See Note 1, Part VIII |
| 50. ----NM Bank & Trust Checking/Savings | | None | J | T | | | | | |
| 51. ----Rental Property #3, Albuquerque, NM (2006, $663,074) | F | Rent | O | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,0 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ----Vacant land #2, Albuquerque, NM (2006, $900,754) | | None | O | R | | | | | |
| 53. ----Rental Property #2, Albuquerque, NM (2005, $611,855) | C | Rent | O | R | | | | | |
| 54. --IBM - Common Stock | A | Dividend | | | Sell | 10/25 | K | A | |
| 55. --Fidelity Municipal Money Market (Tax Exempt) | D | Dividend | J | T | | | | | See NOTE 4 @ Part VIII |
| 56. --Sprtn Total Mkt Indx Investor Class | | None | | | Buy | 07/30 | K | | |
| 57. --Sprtn Total Mkt Indx Investor Class | | None | | | Sell | 11/29 | K | A | |
| 58. --Baron Partners Fund | B | Dividend | K | T | Buy | 07/31 | K | | |
| 59. --Meridian Growth Fund | B | Dividend | K | T | Buy | 08/22 | K | | |
| 60. --Rydex OTC Investor Class | | None | L | T | Buy | 09/14 | K | | |
| 61. --Checking Account at New Mexico Bank & Trust | | None | J | T | | | | | |
| 62. Trust #1 - Vanguard Brokerage Acct - Prime Money Market | A | Dividend | J | T | | | | | |
| 63. Trust #1 - Treasury Bills | E | Interest | O | T | | | | | |
| 64. Trust #1 - Savings Bonds | C | Interest | L | T | | | | | |
| 65. Trust #1 (Brokerage Account at Fidelity) | | | | | | | | | See NOTE 1 @ Part VIII |
| 66. --Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 67. --Travelers Cos Inc Com Common Stock | A | Dividend | J | T | | | | | See NOTE 5 @ Part VIII |
| 68. IRA #1 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.  -- Timewarner Common Stock | A | Dividend | J | T | | | | | |
| 70.  --Cisco Common Stock | | None | | | Sell | 10/22 | J | A | |
| 71.  --Dell Common Stock | | None | | | Sell | 10/10 | J | A | |
| 72.  --EMC Common Stock | | None | J | T | | | | | |
| 73.  --Gateway Common Stock | | None | | | Sell | 10/10 | J | A | |
| 74.  --Proctor & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 75.  --International Paper Common Stock | A | Dividend | J | T | | | | | |
| 76.  --McData Common Stock - Merged to Brocade Comm | | None | | | Merger | 01/30 | J | A | See NOTE 8 @ Part VIII |
| 77.  --Brocade Communications | | None | | | Sell | 07/03 | J | A | See NOTE 8 @ Part VIII |
| 78.  --Merck Common Stock | A | Dividend | | | Sell | 10/22 | K | A | |
| 79.  --Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 80.  --PMC - Sierra Common Stock | | None | J | T | | | | | |
| 81.  --Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 82.  --Qwest Common Stock | | None | | | Sell | 10/10 | J | A | |
| 83.  --Charles Schwab Common Stock | A | Dividend | J | T | | | | | |
| 84.  --Tellabs Common Stock | | None | J | T | | | | | |
| 85.  --Xilinx Common Stock  . | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --Baron Small Cap Fund | D | Dividend | M | T | | | | | |
| 87.  --Baron Partners Fund | C | Dividend | L | T | | | | | |
| 88.  --Dodge & Cox Interntl Stock Fund | C | Dividend | L | T | | | | | |
| 89.  --Meridian Growth Fund | D | Dividend | M | T | | | | | |
| 90.  --Rydex OTC Investor Class | | None | M | T | | | | | |
| 91.  --Vanguard Int'l Growth Portforlio | D | Dividend | L | T | Buy | 10/18 | K | | See NOTE 10 @ Part VIII |
| 92.  --Vanguard Total Stock Mareket | C | Dividend | M | T | Buy | 10/18 | K | | See NOTE 10 @ Part VIII |
| 93.  --Fidelity Cash Reserves | B | Dividend | J | T | | | | | |
| 94.  --Macys Inc common stock FKA Federated Dept Store | A | Dividend | J | T | | | | | See NOTE 9 @ Part VIII |
| 95.  --Fidelity Int'l Discovery | B | Dividend | K | T | Buy | 10/05 | K | | |
| 96.  IRA #2 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 97.  --AllianceBernstein Global Technology Class A (Mutual Fund) | | None | K | T | | | | | See NOTE 6 @ Part VIII |
| 98.  --Putnam OTC & Emerging Crowth Class A (Mutual Fund) | | None | J | T | | | | | See NOTE 6 @ Part VIII |
| 99.  --Vanguard Total Stock Market | A | Dividend | K | T | | | | | |
| 100.  --Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 101.  --Baron Partners Fund | A | Dividend | J | T | Buy | 10/18 | J | | |
| 102.  Custodial Account #3 | | | | | | | | | See NOTE 1 @ Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Vanguard Total Stock Market | A | Dividend | J | T | | | | | |
| 104.  --Fidelity Municipal Money Market | A | Interest | J | T | | | | | See NOTE 7 @ Part VIII |
| 105.  Oppenheimer Scholar's Edge 529 Acct #1 (A. G. Edwards) | | None | K | T | | | | | |
| 106.  Oppenheimer Scholar's Edge 529 Acct #2 (A. G. Edwards) | | None | K | T | | | | | |
| 107.  Roth #3 - Prior Year Items #111 to 115 | | | | | | | | | See NOTE 2 @ Part VIII |
| 108.  Checking Account - Wells Fargo Bank | A | Interest | J | T | | | | | |
| 109. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1 - The items listed in Section VII that have the note "See NOTE 1 @ Part VIII" in Column D(5) are headers only. The specific assets held in that corporation/trust/accounts are indented and listed individually following the header.

NOTE 2 - Prior year Items #111 through #115, Part VII have been removed from this report. Those items were investments held in a ROTH IRA account for a ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆ in 2007, hence those items have been removed.

NOTE 3 - Dinero Joint Venture (Items #47 and 48, Part VII) sold all of its oil and gas interests during 2006. The Royalty income reported on Item #47 is residual payments received after December 31, 2006. At December 31, 2007 the only remaining assets in the Joint Venture are cash and treasury securities, which should be distributed in 2008. The interest income is reported on Item #48, Part VII. The end-of-year asset value is reported on Item #47, Part VII.

NOTE 4 - The name for this account (Item #55, Part VII) has been changed on this report. It is a tax exempt municipal account and should have been called Fidelity "Municipal" Money Market on the 2006 report.

NOTE 5 - The name was changed on Item #67, Part VII from Travelers Property Class A to Travelers Cos Inc Com. There were no purchases or sales of this investment in 2007.

NOTE 6 - Item #98 in Part VII (prior year Item #96) had the name listed incorrectly in 2006. It should have been Putnam OTC & "Emerging" Growth, rather than "Energy" Growth. Item #97 in Part VII (prior year Item #95) had the name listed incorrectly in the 2006 report. It was listed as "Alliance Technology Class A". It should have been listed as "AllianceBernstein Global Technology Class A". There were no purchases or sales of these investments in 2007.

NOTE 7 - The name for this account (Item #104, Part VII) has been changed on this report. It is a tax exempt municipal account and should have been called Fidelity "Municipal" Money Market on the 2006 report.

NOTE 8 - Item #76, Part VII, McData Common Stock, was merged into Brocade Communications Common Stock on January 30, 2007. Partial shares received in the merger were taken as cash in lieu of partial shares. The shares of Brocade Communications received in the merger are listed as Item #77 in Part VII and were sold July 3, 2007.

NOTE 9 - Item #94 in Part VII, common stock of Federated Department Stores, incurred a name change to Macys Inc. on June 1, 2007. There were no purchases or sales of this investment in 2007.

NOTE 10 - Items #91 and #92 in Part VII were included in the 2006 report. Additional shares of each stock fund were purchased October 18, 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/07/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY [...] CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544